UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

DARREN ROBINSON,

      Plaintiff,

v.                                      Case No. 11-cv-2464 JWL/KGS

BNSF RAILWAY COMPANY,           **JURY DEMAND**

      Defendant.

**COMPLAINT**

Now Comes the Plaintiff, Darren Robinson, by Richard L. Steagall and Thomas J. Dickerson, his attorneys, and complaining of Defendant, BNSF Railway Company, for his claim states:

I.
**Jurisdiction & Venue**

1.    Jurisdiction exists to hear plaintiff's claims under the Federal Employers' Liability Act, 45 U.S.C. §51, et al under 28 U.S.C. § 1337 (a).

2.    Defendant, BNSF, conducts a railroad business in 28 States of the United States and two Canadian provinces including substantial business within the District of Kansas.

    A.    The BNSF operates its South Region Kansas Division headquarters in Kansas City, Kansas where it operates a large hump yard.

    B.    It also operates a locomotive repair facility in Topeka, Kansas, and trains traveling across railroad tracks going across the State of Kansas.

1

      C.      Plaintiff, Darren Robinson, is a resident of Topeka, Shawnee County, Kansas, who works at the BNSF locomotive repair facility in Topeka, Kansas.

      D.      Robinson is a resident of this district, the BNSF conducts business in the district, and Robinson's claim arose in Topeka, Shawnee County, Kansas.

Venue exists in this court pursuant to 28 U.S.C. § 1391 (b).

3.      The occurrence complained of happened over the period of Robinson's employment with the BNSF. Robinson discovered he had suffered an injury from his repeated exposure during work at the BNSF at Topeka, Shawnee County, Kansas, on **September 30, 2008**, the date he met with his physician and was informed an EMG performed and interpreted on August 25, 2008 had shown carpal tunnel syndrome requiring surgical repair.

## II.
## Parties

4.      Plaintiff, Darren Robinson, is a 31year old male employed as a boilermaker by BNSF Railway Company in Topeka, Kansas and a member of the Boilermaker' Union Local 34 in Topeka, Kansas.

5.      The Defendant BNSF Railway Company is a corporation engaged in the business of transportation as a common carrier operating a railroad in interstate commerce delivering domestic and foreign goods throughout the United States. The BNSF operates in 28 States and two Canadian Provinces; among the States the BNSF operates are Illinois, Iowa, Missouri, and Kansas. Defendant owns and operates a

railroad equipment maintenance facility in Topeka, Kansas in which locomotives are repaired for operation throughout the BNSF system in the 28 States and two Canadian provinces.

6. The BNSF operates in the flow of interstate commerce carrying goods on cars pulled by locomotives repaired at the BNSF Topeka, Kansas facility through the 28 States and two Canadian provinces in which it does business.

### III.
### The Events

7. Robinson began working for BNSF in October 1997. He worked seven years as a laborer in the Topeka, Kansas BNSF maintenance facility, and became a boilermaker in 2004.

8. During the seven years Robinson worked as a laborer, his duties required him to regularly sweep the floor with a broom, lift trash cans to empty accumulated trash, and wash locomotives with stiff hoses under high pressure.

9. Since, Robinson has been a boilermaker in 2004, his duties require him to use impact wrenches of .5 to 1 inch, various portable hydraulic and electric grinders, various sized sanders, sledge hammers, and other hand tools as well as wrenches.

10. The tools supplied and lack of instruction given Robinson and others while Robinson was a laborer and boilermaker at the BNSF placed Robinson and others in his position at a significant risk of repetitive trauma causing carpal tunnel syndrome a condition occurring in the wrists from scar tissue developing over time in the narrow

area of the wrist from repetitive trauma, which ultimately impinges on the nerves in that area and limits use of the hands.

## IV.
## Plaintiff's Claims

11. At all times material, there was in full force and effect in the United States, a certain statute known as the Federal Employer's Liability Act, 45 U.S.C. § 51 et seq which provides.

> **§ 51. Liability of common carriers by railroad, in interstate or foreign commerce, for injuries to employees from negligence; employee defined**
>
> Every common carrier by railroad while engaging in commerce between any of the several States or Territories, or between any of the States and Territories, or between the District of Columbia and any of the States or Territories, or between the District of Columbia or any of the States or Territories and any foreign nation or nations, shall be liable in damages to any person suffering injury while he is employed by such carrier in such commerce, or, ... ... for such injury or death resulting in whole or in part from the negligence of any of the officers, agents, or employees of such carrier, or by reason of any defect or insufficiency, due to its negligence, in its cars, engines, appliances, machinery, track, roadbed, works, boats, wharves, or other equipment. ....

12. At all times during Robinson's employment, the Defendant, BNSF, had a duty to provide Robinson with a safe place to work and provide him with proper equipment to perform his duties instruction in the use of that equipment, and proper working conditions including time performing certain tasks to avoid risk of injury.

13. BNSF acting through its authorized agents acting in the scope of their employment has negligently failed to provide Robinson with a safe place to work by refusing to implement the work changes, supply the necessary tools, and provide

instruction to laborers and boilermakers working in the Topeka, Kansas maintenance facility to avoid the risk of repetitive trauma to the wrists causing carpal tunnel syndrome to develop.

## V.
## Injuries Suffered

14.     The negligence of the BNSF agents and employees acting in the scope of their employment for the corporation set forth in Part IV above in whole or in part caused Robinson to develop carpal tunnel syndrome, which was diagnosed in the EMG taken of Robinson on August 23, 2008 which Robinson learned from his physician on October 1, 2008; as a result thereof Robinson has suffered permanent injury to his right and left wrists requiring surgical repair of the carpal tunnel syndrome in both wrists leavign him with a two-four inch scar on his right and left wrists from the surgery, a 10% limitation of strength and motion, and increased risk of the likelihood of carpal tunnel syndrome developing in the future; further Robinson has lost income in the total amount of $15,338.74 (79 workdays [5 day weeks] x 8 = 632 hours @ $24.27 per hour).

## VI.
## Prayer for Relief

WHEREFORE, Plaintiff, Darren Robinson, prays the Court enter judgment in his favor and against the Defendant, BNSF Railway Company, in the amount of TWO HUNDRED FIFTY THOUSAND ($250,000) plus costs of suit.

5

**PLAINTIFF DEMANDS A TRIAL BY JURY**

**Plaintiff designates Kansas City, Kansas for place of trial.**

Respectfully submitted,

s/ Richard L. Steagall
RICHARD L. STEAGALL,
Attorney for Plaintiff

RICHARD L. STEAGALL[1]  IL No. 2711257
Nicoara & Steagall         FL No. 0240907
416 Main Street, Suite 815
Commerce Building
Peoria, IL 61602-1115
309-674-6085
Fax 309-674-6032
nicsteag@mtco.com

Respectfully submitted,

s/ Thomas J. Dickerson
THOMAS J. DICKERSON,
Attorney for the Plaintiff

THOMAS J. DICKERSON, KS 24647
Dickerson Law Firm, P.C.
7248 W. 121st Street
Overland Park KS 66213
Phone: 913-428-8220
Fax: 913-428-8224
Thomas.dickerson@doslawfirm.com

---

[1] Mr. Steagall is admitted to practice before the Supreme Court of Florida (No. 0240907 11/18/1977) Illinois (2711257 5/19/1978) of the United States (1982) and various other federal courts.