UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

DARREN ROBINSON,

          Plaintiff,

v.

                                      Case No. 11-2464-JWL

BNSF RAILWAY COMPANY,

          Defendant.

---

## NOTICE OF APPEAL

      Notice is hereby given that Darren Robinson, Plaintiff in the above named case,

hereby appeal to the United States Court of Appeals for the Circuit from the final

judgment in favor of the Defendant, BNSF Railway Company, entered in this action on

October 4, 2012.

      Date: October 31, 2012.

                                    Respectfully submitted,

                                    s/ Thomas J. Dickerson
                                    THOMAS J. DICKERSON,

                                    THOMAS J. DICKERSON
                                    Dickerson Law Firm, P.C.
                                    7248 W. 121st Street
                                    Overland Park  KS 66213
                                    Phone: 913-428-8220
                                    Fax: 913-428-8224
                                    Thomas.dickerson@doslawfirm.com

Respectfully submitted,


<u>s/ Richard L. Steagall</u>
RICHARD L. STEAGALL,
Attorney for the Plaintiff

RICHARD L. STEAGALL
Nicoara & Steagall
416 Main Street, Suite 815
Peoria, IL 61602
309-674-6085
Fax 309-674-6032
nicsteag@mtco.com

| CERTIFICATE OF SERVICE |
|---|

I hereby certify that on **October 31, 2012**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Craig M. Leff
Ms. Angela L. Angotti
Yeretsky & Maher, L.L.C.
7200 West 132nd Street, Suite 330
Overland Park, KS 66213
913-897-5813
Fax: 913-897-6468
cleff@ymllc.com
aangotti@ymllc.com


s/ Thomas J. Dickerson
THOMAS J. DICKERSON




RICHARD L. STEAGALL                    THOMAS J. DICKERSON
Nicoara & Steagall                     Dickerson Law Firm, P.C.
416 Main Street, Suite 815             7248 W. 121st Street
Commerce Building                      Overland Park KS 66213
Peoria, IL 61602-1115                   Phone: 913-428-8220
309-674-6085                            Fax: 913-428-8224
Fax 309-674-6032                       Thomas.dickerson@doslawfirm.com
nicsteag@mtco.com